■ PARAMOUNT GROUP, INC., et al., Respondents, v MYERS BROS. PARKING SYSTEM, INC., Appellant

 Concur—Sandler, J. P., Carro, Asch, Ellerin and Wallach, JJ.